IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CHAPTER 13 |
| **CHRISTINE M. MICHAELS** | : | |
| Debtor | : | Case No. 5:17-bk-01844 |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

 I, John Fisher, Esq., hereby certify that on November 14, 2017, I served a copy of the 1st Amended Chapter 13 Plan and Amended Notice to the complete mailing matrix by US First Class Mail a copy of which is attached as an exhibit and the following by first class mail, postage prepaid and Certified Mail Return Receipt Requested addressed as follows:

Ms. Ellen Alemany
Chairman & CEO
Charter One
1215 Superior Avenue
Cleveland, OH 44114

Mr. William S. Demchak, CEO & President
PNC Bank
249 Fifth Avenue
One PNC Plaza
Pittsburg, PA 15222

Mr. Jeffrey Brown, CEO
Ally Financial Inc.
Ally Detroit Center
500 Woodward Avenue
Detroit, MI 48226

Dated: November 14, 2017      Respectfully Submitted,

                    /s/ John Fisher
                    John Fisher, Esq.
                    The Law Office of John Fisher LLC
                    126 South Main Street
                    Pittston PA 18640
                    PA Supreme Court ID #90550
                    Attorney for Debtor