| Fill in this information to identify your case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christine** | **M** | **Michaels** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DIST. OF PENNSYLVANIA | | | |
| Case number (if known) | 5:17-bk-01844 | | | |

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent...........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **17** | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4. The rental or home ownership expenses for your residence.**   4.   **$606.00**
Include first mortgage payments and any rent for the ground or lot.

**If not included in line 4:**

4a. Real estate taxes   4a. _____

4b. Property, homeowner's, or renter's insurance   4b. _____

4c. Home maintenance, repair, and upkeep expenses   4c. _____

4d. Homeowner's association or condominium dues   4d. _____

Official Form 106J     Schedule J: Your Expenses     page 1
Case 5:17-bk-01844-JJT    Doc 39    Filed 01/11/18    Entered 01/11/18 12:54:38    Desc
Main Document    Page 1 of 7

| Debtor 1 | Christine M Michaels | | Case number (if known) | 5:17-bk-01844 |
|---|---|---|---|---|

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | | 5. | **$130.00** |
| 6. | Utilities: | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | **$250.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | **$185.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$378.00** |
| | 6d. | Other. Specify: | 6d. | |
| 7. | Food and housekeeping supplies | | 7. | **$800.00** |
| 8. | Childcare and children's education costs | | 8. | |
| 9. | Clothing, laundry, and dry cleaning | | 9. | |
| 10. | Personal care products and services | | 10. | |
| 11. | Medical and dental expenses | | 11. | |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | **$275.00** |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | | 13. | |
| 14. | Charitable contributions and religious donations | | 14. | |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | |
| | 15b. | Health insurance | 15b. | |
| | 15c. | Vehicle insurance | 15c. | **$398.00** |
| | 15d. | Other insurance. Specify: | 15d. | |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | |
| 17. | Installment or lease payments: | | | |
| | 17a. | Car payments for Vehicle 1  **Car Payment** | 17a. | **$320.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | |
| | 17c. | Other. Specify: | 17c. | |
| | 17d. | Other. Specify: | 17d. | |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | | 18. | |
| 19. | Other payments you make to support others who do not live with you. Specify: | | 19. | |

Debtor 1  **Christine M Michaels**  Case number (if known) **5:17-bk-01844**

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    | | | |
    |---|---|---|
    | 20a. | Mortgages on other property | 20a. _____ |
    | 20b. | Real estate taxes | 20b. _____ |
    | 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
    | 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
    | 20e. | Homeowner's association or condominium dues | 20e. _____ |

21. **Other.** Specify: _____ 21. + _____

22. **Calculate your monthly expenses.**

    | | | |
    |---|---|---|
    | 22a. | Add lines 4 through 21. | 22a. **$3,342.00** |
    | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. _____ |
    | 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. **$3,342.00** |

23. **Calculate your monthly net income.**

    | | | |
    |---|---|---|
    | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. **$3,776.00** |
    | 23b. | Copy your monthly expenses from line 22c above. | 23b. − **$3,342.00** |
    | 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. **$434.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. Explain here:
    **None.**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Christine** | **M** | **Michaels** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **MIDDLE DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **5:17-bk-01844** | | |

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................... **$75,000.00**
   1b. Copy line 62, Total personal property, from Schedule A/B................................................... **$31,884.00**
   1c. Copy line 63, Total of all property on Schedule A/B............................................................... **$106,884.00**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$89,727.32**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. **$0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$54,738.83**

   **Your total liabilities** **$144,466.15**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.................................................................. **$3,776.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.......................................................................... **$3,342.00**

Debtor 1    Christine M Michaels          Case number (if known)   5:17-bk-01844

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   $7,158.53

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   | | Total claim |
   |---|---|
   | From Part 4 on *Schedule E/F,* copy the following: | |
   | 9a. Domestic support obligations. (Copy line 6a.) | $0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
   | 9d. Student loans. (Copy line 6f.) | $0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $0.00 |

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2

Case 5:17-bk-01844-JJT    Doc 39    Filed 01/11/18    Entered 01/11/18 12:54:38    Desc
Main Document    Page 5 of 7

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christine** | **M** | **Michaels** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **5:17-bk-01844**
(if known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Christine M Michaels**　　　　　X _____
Christine M Michaels, Debtor 1　　　　Signature of Debtor 2

Date **01/08/2018**　　　　　　　　　Date _____
　　　MM / DD / YYYY　　　　　　　　　　　　MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:
**Christine M Michaels**

Case No. **5:17-bk-01844**

Debtor(s)

Chapter **13**

# DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☐ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: **1/8/2018**    **/s/ Christine M Michaels**
Christine M Michaels
Debtor
**Soc. Sec. No.  xxx-xx-8434**

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: **1/8/2018**    **/s/ John Fisher, Esq.**
John Fisher, Esq., Attorney for Debtor