```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 17-01844-RNO
Christine M Michaels                                            Chapter 13
          Debtor               CERTIFICATE OF NOTICE
District/off: 0314-5         User: TWilson             Page 1 of 1          Date Rcvd: Apr 15, 2019
                             Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4963969          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2019 19:51:24
                 WORLD'S FOREMOST BANK-CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
                                                                                             TOTAL: 1

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              John   Fisher     on behalf of Plaintiff Christine M Michaels johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John   Fisher     on behalf of Debtor 1 Christine M Michaels johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Thomas J. MacNeely    on behalf of Creditor    VAntage Trust Federal Credit Union
               tmacneely@rjglaw.com,   rschaffer@rjglaw.com;czendarski@rjglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-01844-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Christine M Michaels
39 Scureman Street
Hanover Township PA 18706

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: WORLD'S FOREMOST BANK-CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 | Capital One Bank (USA) N.A Cabelas Club Visa<br>By American Infosource as agent<br>4515 N Santa Fe Ave.<br>Oklahoma City, OK 73118<br>Capital One Bank (USA) N.A Cabelas Club<br>By American Infosource as agent |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/17/19                                        Terrence S. Miller
                                                        **CLERK OF THE COURT**